**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6326**

———————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

CARLOS WOODS,

        Defendant – Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (1:07-cr-00127-WDQ-1)

———————

Submitted: June 25, 2010        Decided: July 2, 2010

———————

Before GREGORY, AGEE, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carlos Woods, Appellant Pro Se. Michael Joseph Leotta, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Woods appeals the district court's order denying his Fed. R. Crim. P. 33 motion for a new trial. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Woods, No. 1:07-cr-00127-WDQ-1 (D. Md. Feb. 19, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2